Court Of Appeals
Fourth Court of Appeals District of Texas
San Antonio

★ ★ ★ ★ ★ ★

# MEMORANDUM OPINION

No. 04-09-00025-CV

## IN RE KRISTOFER THOMAS KASTNER

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:     Catherine Stone, Chief Justice
             Phylis J. Speedlin, Justice
             Steven C. Hilbig, Justice

Delivered and Filed:   January 28, 2009

PETITION FOR WRIT OF MANDAMUS DENIED

On January 12, 2009, relator Kristofer Thomas Kastner filed a petition for writ of mandamus challenging the trial court's order sustaining the contest to his appellate affidavit of indigence. The court has considered relator's petition, and is of the opinion that relator is not entitled to the relief sought because he has an adequate remedy by appeal. *See* TEX. R. APP. P. 20.1; TEX. CIV. PRAC. & REM. CODE ANN. § 13.003 (Vernon 2002); *see also In re Arroyo*, 988 S.W.2d 737, 738 (Tex. 1998) (per curiam) (mandamus relief is not available because an adequate remedy by appeal exists for

---

[1] This original proceeding arises out of Cause No. 2008-CI-12370, styled *Kastner v. Martin, Drought & Torres, Inc., et al.,* pending in the 57th Judicial District Court, Bexar County, Texas, the Honorable Michael Peden presiding.

challenging an order sustaining a contest to an affidavit of indigence).[2]  Accordingly, relator's petition for writ of mandamus is denied.  *See* TEX. R. APP. P. 52.7(a), 52.8(a).  Relator shall pay all costs incurred in this proceeding.

PER CURIAM

---

[2] In fact, relator currently has an appeal of the trial court's indigency ruling pending in this court, Appeal No. 04-08-00779-CV, and his appellant's brief on that matter is due on January 22, 2009.